JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARSTOW PROPRIETOR ASSOCIATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BARSTOW,<br><br>Defendant. | CASE NO. 5:23-cv-00926-JLS-JC<br><br>**JUDGMENT OF DISMISSAL** |

In light of Plaintiffs' Notice of Intent to Stand on First Amended Complaint, Doc. 39), JUDGMENT OF DISMISSAL is hereby entered.

DATED: November 30, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1