UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 8 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

BARSTOW PROPRIETOR
ASSOCIATION; et al.,

      Plaintiffs - Appellants,

 v.

CITY OF BARSTOW, a municipal
corporation; et al.,

      Defendants - Appellees.

No. 23-3935

D.C. No.
5:23-cv-00926-JLS-JC

Central District of California,
Riverside

MANDATE

---

The judgment of this Court, entered December 17, 2024, takes effect this

date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.


FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT